**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1503**

———————

In Re:  LARRY DONNELL OWENS,

                Petitioner.

———————

On Petition for Writ of Mandamus.
(1:04-cr-00276-JAB)

———————

Submitted:  September 30, 2010      Decided:  October 7, 2010

———————

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Larry Donnell Owens, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Donnell Owens petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 18 U.S.C. § 3582(c) (2006) motion. He seeks an order from this court directing the district court to act. Because the district court has recently appointed counsel for Owens with regard to this motion, we find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED